## 37390. GROGAN v. THE STATE.

PER CURIAM.
It appears that appellant died pending his appeal. The appeal is therefore dismissed as moot. *Buttrum v. State,* 248 Ga. 306 (1981).
*Appeal dismissed. Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED OCTOBER 14, 1981.

*England & Weller, J. Melvin England,* for appellant.
*Lewis R. Slaton, District Attorney, Benjamin H. Oehlert III, Assistant District Attorney, Arthur K. Bolton, Attorney General,* for appellee.